UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL LEE MCDONALD,<br><br>Petitioner,<br>v.<br>JOE LOMBARDO, et al.,<br><br>Respondents. | Case No. 2:19-cv-01545-RFB-DJA<br><br>ORDER |

Petitioner Michael Lee McDonald has submitted a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and paid the filing fee. His Petition is dismissed as moot.

McDonald challenged his pretrial detention in Clark County, Nevada. It appears that his bail was revoked, and he was in custody pending trial in Case No. C183352841. The Eighth Judicial District Court website reflects that McDonald was convicted on September 9, 2019, and sentencing was scheduled for the end of October. As McDonald is no longer a pretrial detainee, this Petition is dismissed as moot.

**IT IS THEREFORE ORDERED** that the Clerk shall detach and file the Petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the Petition is **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

DATED: 7 November 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE